**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

Richard Gruber,                                            Civil No. 07-2993 (RHK/JSM)

        Plaintiff,                                      **ORDER**

vs.

United Collection Bureau, Inc.,

        Defendant.

---

      The above-entitled action is **DISMISSED WITH PREJUDICE** and without costs, disbursements or attorney's fees to any party.

      **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 8, 2007

                                                      s/Richard H. Kyle
                                                      RICHARD H. KYLE
                                                      United States District Judge